IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN CURRY,<br><br>　　Plaintiff,<br><br>v.<br><br>PSI SECURITY SERVICE,<br><br>　　Defendant. | Civil Action No.<br><br>1:21-cv-00630-WMR-AJB<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff John Curry, by and through undersigned counsel, and hereby notifies the Court that the Parties have reached a settlement of this action and their claims brought herein. The parties intend to file a Stipulation of Dismissal within 30 days, upon Defendant's satisfaction of conditions precedent to the parties' resolution.

Respectfully submitted this 9th day of August, 2021.

**BARRETT & FARAHANY**

s/ *Adian R. Miller*
Adian R. Miller
Georgia Bar No. 794647

*Attorney for Plaintiff John Curry*

1

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
Telephone: (404) 214-0120
Fascimilie: (404) 214-0125
adian@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN CURRY, <br><br> Plaintiff, <br><br> v. <br><br> PSI SECURITY SERVICE, <br><br> Defendant. | Civil Action No. <br><br> 1:21-cv-00630-WMR-AJB <br><br> JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John Gamble
jgamble@gamlegal.com

Respectfully submitted this 9th day of August, 2021.

**BARRETT & FARAHANY**

s/ *Adian R. Miller*
Adian R. Miller
Georgia Bar No. 794647

3