IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN CURRY, | Civil Action No. |
| Plaintiff, | 1:21-cv-00630-WMR-AJB |
| v. | JURY TRIAL DEMANDED |
| PSI SECURITY SERVICE, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Curry and Defendant PSI Security Service, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 4th day of January, 2022.

**BARRETT & FARAHANY**

s/ *Adian R. Miller*
Adian R. Miller
Georgia Bar No. 794647
*Attorney for Plaintiff*
1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
(404) 214-0120
adian@justiceatwork.com

**GAMBLE LAW LLC.**

s/ *John B. Gamble, Jr.*
John B. Gamble, Jr.
Georgia Bar No. 283150
*Attorney for Defendant*
Peachtree 25th Building
1720 Peachtree Road
Suite 520
Atlanta GA, 30309
(404) 924-4750
jgamble@gamlegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN CURRY, | Civil Action No. |
| Plaintiff, | 1:21-cv-00630-WMR-AJB |
| v. | JURY TRIAL DEMANDED |
| PSI SECURITY SERVICE, | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John B. Gamble, Jr.
jgamble@gamlegal.com

Respectfully submitted this 4th day of January, 2022.

**BARRETT & FARAHANY**

s/ *Adian R. Miller*
Adian R. Miller
Georgia Bar No. 794647